IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-00281-F-1
No. 5:16-CV-00478-F

SAINT GRIFFIN,                    )
                                  )
            Petitioner,           )
                                  )
      v.                          )        O R D E R
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

This matter is before the court on Saint Griffin's Motion to Vacate, Set Aside, or Correct

Sentence pursuant to 28 U.S.C. § 2255 [DE-47]. Having examined Griffin's motion pursuant to

Rule 4(b) of the Rules Governing Section 2255 Proceedings, the United States Attorney is

DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or

to make such other response as appropriate to the above-captioned § 2255 motion within **forty**

**(40)** days of the filing of this order.

Griffin asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and

he previously qualified for appointed counsel. Sherri R. Alspaugh with the Office of the Federal

Public Defender has been appointed to represent Griffin pursuant to Standing Order No. 15-SO-2

(E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 2 3 day of June, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE